**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| M&T BANK, SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, | : | No. 514 MAL 2020 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDWARD MELHEM, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.